# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Katie L Vaughan § | Case No. 17-11106 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee       , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 9,600.00                    Assets Exempt: 92,200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 10,779.94    Claims Discharged
                                                Without Payment: 560,994.88

Total Expenses of Administration: 2,220.06

---

3) Total gross receipts of $ 13,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 381,505.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,220.06 | 2,220.06 | 2,220.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 50,000.00 | 52,290.54 | 52,290.54 | 10,779.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,569.63 | 38,409.65 | 38,409.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 481,074.63 | $ 92,920.25 | $ 92,920.25 | $ 13,000.00 |

4)  This case was originally filed under chapter 7 on  04/07/2017 .  The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/27/2019          By:/s/Joji Takada, Chapter 7 Trustee
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1110-000 | 11,000.00 |
| Bank Account | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally, PO Box 380902 Bloomington, MN 55438-0902 | | 28,225.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plaza Home Mortgage, Mail Stop 1290 1 Corporate Drive, Ste 360 Lake Zurich, IL 60047-8945 | | 353,280.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 381,505.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| Associated Bank | 2600-000 | NA | 170.06 | 170.06 | 170.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,220.06 | $ 2,220.06 | $ 2,220.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
|  | Internal Revenue Service, Department of the Treasury Kansas City, MO 64999-0010 |  | 50,000.00 | NA | NA | 0.00 |
| 1 | Internal Revenue Service | 5800-000 | NA | 52,290.54 | 52,290.54 | 10,779.94 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ 50,000.00 | $ 52,290.54 | $ 52,290.54 | $ 10,779.94 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One, PO Box 30285 Salt Lake City, UT 84130-0285 |  | 1,148.00 | NA | NA | 0.00 |
|  | Capital One, PO Box 30285 Salt Lake City, UT 84130-0285 |  | 1,593.00 | NA | NA | 0.00 |
|  | Capital One/Saks, 3455 Highway 80 W Jackson, MS 39209 |  | 292.00 | NA | NA | 0.00 |
|  | Chase Card, PO Box 15298 Wilmington, DE 19850 |  | 12,492.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, NA, c/o Midland Funding 2365 Northside Dr, #300 San Diego, CA 92108 | | 3,629.00 | NA | NA | 0.00 |
| | Citibank, NA, c/o Portfolio Recovery Assoc 120 Corporate Blvd, Ste 100 Norfolk, VA 23502 | | 2,419.00 | NA | NA | 0.00 |
| | Citibank/Sears, c/o LVNV Funding, LLC PO Box 10497 Greenville, SC 29603 | | 1,882.00 | NA | NA | 0.00 |
| | Comenity Bank, c/o Portfolio Recovery Assoc 120 Corporate Blvd, Ste 100 Norfolk, VA 23502 | | 6,670.00 | NA | NA | 0.00 |
| | Comenity Bank/Meijer, PO Box 182789 Columbus, OH 43218 | | 1,349.00 | NA | NA | 0.00 |
| | Crate and Barrel, c/o Jefferson Capital Systems LLC 16 Mcleland Rd Saint Cloud, MN 56303 | | 913.00 | NA | NA | 0.00 |
| | DuPage Medical Group, 15921 Collections Center Dr Chicago, IL 60693-0159 | | 644.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage Medical Group, 15921 Collections Center Drive Chicago, IL 60693-0159 | | 1,751.23 | NA | NA | 0.00 |
| | Kohls/Capital One, PO Box 3115 Milwaukee, WI 53201 | | 967.00 | NA | NA | 0.00 |
| | Kohls/Capital One, PO Box 3115 Milwaukee, WI 53201 | | 364.00 | NA | NA | 0.00 |
| | Nordstrom/TD, 13531 E Caley Ave Englewood, CO 80111 | | 358.00 | NA | NA | 0.00 |
| | Pottery Barn, c/o Jefferson Capital Systems LLC 16 Mcleland Rd Saint Cloud, MN 56303 | | 1,184.00 | NA | NA | 0.00 |
| | SYNCB/Amer Eagle, PO Box 965005 Orlando, FL 32896 | | 83.00 | NA | NA | 0.00 |
| | SYNCB/Gap, PO Box 965005 Orlando, FL 32896 | | 180.00 | NA | NA | 0.00 |
| | Synchrony Bank/Lowes, PO Box 965005 Orlando, FL 32896 | | 98.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TD Bank USA/Target, PO Box 673 Minneapolis, MN 55440 |  | 1,549.00 | NA | NA | 0.00 |
|  | The Bureaus Inc, 650 Dundee Rd, Ste 370 Northbrook, IL 60062 |  | 1,034.00 | NA | NA | 0.00 |
|  | The Roomplace, c/o Jefferson Capital Systems 16 Mcleland Rd Saint Cloud, MN 56303 |  | 1,404.00 | NA | NA | 0.00 |
|  | WFFNB/Preferred Customer, 800 Walnut St Des Moines, IA 50309 |  | 4,221.00 | NA | NA | 0.00 |
|  | World Financial Network Bank, c/o Portfolio Recovery Assoc 120 Corporate Blvd, Ste 100 Norfolk, VA 23502 |  | 3,345.00 | NA | NA | 0.00 |
| 9 | Bureaus Investment Group Portfolio No 15 Llc | 7100-000 | NA | 292.06 | 292.06 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N. A. | 7100-000 | NA | 1,593.04 | 1,593.04 | 0.00 |
| 4 | CAPITAL ONE BANK (USA), N. A. | 7100-000 | NA | 1,148.31 | 1,148.31 | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | NA | 364.10 | 364.10 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Cavalry Spv I, Llc | 7100-000 | NA | 557.24 | 557.24 | 0.00 |
| 2 | Comenity Capital Bank/Paypal Credit | 7100-000 | NA | 3,546.81 | 3,546.81 | 0.00 |
|   | Internal Revenue Service | 7100-000 | NA | 5,460.50 | 5,460.50 | 0.00 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 5,932.87 | 5,932.87 | 0.00 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 6,670.39 | 6,670.39 | 0.00 |
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 118.55 | 118.55 | 0.00 |
| 13 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 136.14 | 136.14 | 0.00 |
| 14 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 200.57 | 200.57 | 0.00 |
| 6 | Td Bank, Usa | 7100-000 | NA | 1,579.47 | 1,579.47 | 0.00 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | NA | 4,221.84 | 4,221.84 | 0.00 |
|   | Internal Revenue Service | 7300-000 | NA | 6,587.76 | 6,587.76 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,569.63 | $ 38,409.65 | $ 38,409.65 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-11106 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Katie L Vaughan | | | | Date Filed (f) or Converted (c): | 04/07/2017 (f) |
| | | | | | 341(a) Meeting Date: | 05/11/2017 |
| For Period Ending: | 03/27/2019 | | | | Claims Bar Date: | 10/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 389,000.00 | 155,000.00 | | 11,000.00 | FA |
| 22520 Oakfield Drive, Frankfort, IL 60423 | | | | | |
| 2. Vehicle | 12,000.00 | 0.00 | | 0.00 | FA |
| 2013 Cadillac SRX, 75,000 mileage | | | | | |
| 3. Household Goods Furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| Used couches, dining room set, dressers | | | | | |
| 4. Electronics | 1,200.00 | 0.00 | | 0.00 | FA |
| Cell phones, refridgerator, television, CD player, DVD player, Stereo | | | | | |
| 5. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| Used everyday work clothes | | | | | |
| 6. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| Wedding ring | | | | | |
| 7. Bank Account | 3,000.00 | 1,870.00 | | 2,000.00 | FA |
| Checking Chase Bank | | | | | |
| 8. Bank Account | 470.00 | 0.00 | | 0.00 | FA |
| Savings Chase Bank | | | | | |
| 9. IRA ERISA Keough Pension Profit Sharing Plan | 70,000.00 | 0.00 | | 0.00 | FA |
| 401k Gould & Ratner | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $477,670.00      $156,870.00      $13,000.00      $0.00

(Total Dollar Amount in Column 6)

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Look to sell primary real estate. - Joji Takada 7/18/2017

Settlement discussions with Debtor re: primary residence. - Joji Takada 10/27/2017

Settled interest in home; Awaiting final payment. - Joji Takada 12/15/17

Settled interest in home; Awaiting final payment. - Joji Takada 3/13/18

Confirming with tax professional re: returns. - Joji Takada 7/16/2018

TFR in process. - Joji Takada 10/26/2018


Initial Projected Date of Final Report (TFR): 10/31/2018        Current Projected Date of Final Report (TFR): 10/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-11106 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Katie L Vaughan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0510 |
| | Checking |
| Taxpayer ID No: XX-XXX3976 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/17 | 1 | Katie Vaughan | Settlement payment Debtor's buyout of estate's interest in primary residence | 1110-000 | $10,000.00 | | $10,000.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,975.15 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.35 | $9,960.80 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $9,931.20 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.34 | $9,917.86 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $9,903.12 |
| 04/16/18 | | Katie Vaughan | Settlement payment Final installment payment re: settlement of primary residence and nonexempt bank funds | | $3,000.00 | | $12,903.12 |
| | | | Gross Receipts          $3,000.00 | | | | |
| | 1 | | Real Estate          $1,000.00 | 1110-000 | | | |
| | 7 | | Bank Account          $2,000.00 | 1129-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.41 | $12,886.71 |

Page Subtotals:  $13,000.00  $113.29

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-11106 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Katie L Vaughan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0510 |
| | Checking |
| Taxpayer ID No: XX-XXX3976 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.16 | $12,867.55 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.51 | $12,849.04 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.10 | $12,829.94 |
| 01/14/19 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,050.00 | $10,779.94 |
| 01/14/19 | 1002 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Final distribution per court order. | 5800-000 | | $10,779.94 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,000.00 | $13,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,000.00 | $13,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $13,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*                 Page Subtotals:                 $0.00          $12,886.71

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0510 - Checking | $13,000.00 | $13,000.00 | $0.00 |
| | $13,000.00 | $13,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $13,000.00 |